UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA        :
                                :   NOTICE OF INTENT
        v.                      :   TO FILE AN INFORMATION
                                :
JOSE ALICEA-RAMOS,              :   08 Mag. 555
                                :   08 Cr. __
            Defendant.          :
                                    **08 CRIM 664**
---------------------------------x

*JUDGE KOELTL*

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          July 17, 2008

                            MICHAEL J. GARCIA
                            United States Attorney

                        By: _____
                            David A. O'Neil
                            Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                        By: _____
                            Royce Russell, Esq.
                            Attorney for Jose Alicea-Ramos