USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 18 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

    -v.-                             :   INFORMATION

JOSE ALICEA-RAMOS,               :   08 CRIM 664
   a/k/a "Elias Hostos,"

            Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDGE KOELTL

## COUNT ONE

The United States Attorney charges:

1. From on or about March 11, 2008, up to and including on or about March 12, 2008, in the Southern District of New York and elsewhere, JOSE ALICEA-RAMOS, a/k/a "Elias Hostos," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JOSE ALICEA-RAMOS, a/k/a "Elias Hostos," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

Overt Act

3.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.    On or about March 12, 2008, JOSE ALICEA-RAMOS, a/k/a "Elias Hostos," the defendant, attempted to sell cocaine to another individual.

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

4.    As a result of committing the controlled substance offense alleged in Count One of this Indictment, JOSE ALICEA-RAMOS, a/k/a "Elias Hostos," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

**Substitute Asset Provision**

4.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant --

> (1)    cannot be located upon the exercise of due diligence;

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE ALICEA-RAMOS,
a/k/a "Elias Hostos"

Defendant.

**INFORMATION**

08 Cr. ____ (____)

(21 U.S.C. §§ 812, 841(a)(1), (b)(1)(B), 846.)

MICHAEL J. GARCIA
United States Attorney.