```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :
        - v. -                     :
                                        WAIVER OF INDICTMENT
JOSE ALICEA-RAMOS,                 :
    a/k/a "Elias Hostos,"                  08 CR 664 (JGK)
                                   :
            Defendant.
                                   :

                                   :
- - - - - - - - - - - - - - - - - x
```

JUDGE KOELTL

08 CRIM 664

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812 and 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                    _____
                                    JOSE ALICEA-RAMOS

                                    _____
                                    Royce Russell, Esq.
                                    Attorney for JOSE ALICEA-RAMOS

Witness:   _____

Date:   New York, New York
        July 18, 2008

