USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

— against —    08 Cr. 664 (JGK)

JOSE ALICEA-RAMOS,    SPEEDY TRIAL ORDER

Defendant.

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **September 5, 2008** at **4:00 p.m.** Because an adjournment is needed to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **August 22, 2008,** until **September 5, 2008,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:   New York, New York
         August 22, 2008

_____
John G. Koeltl
United States District Judge