USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-5-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

      -against-

JOSE ALICEA-RAMOS,
                                Defendants.
------------------------------------------------------------X

08 cr 664 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Monday, October 6, 2008 at 4:30pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **October 6, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                   JOHN G. KOELTL
                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        September 4, 2008